IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WALTER L. SMITH, | § § § | |
| Defendant Below-Appellant, | § § § | No. 202, 2004 |
| v. | § § § | Court Below---Superior Court of the State of Delaware, in and for Sussex County |
| STATE OF DELAWARE, | § § § | Cr. ID No. 0105019765 |
| Plaintiff Below-Appellee. | § § § | |

Submitted: June 14, 2004
Decided: August 13, 2004

Before **STEELE**, Chief Justice, **HOLLAND** and **JACOBS**, Justices

## ORDER

This 13th day of August 2004, it appears to the Court that:

(1)   On May 13, 2004, the Court received the appellant's notice of appeal from the Superior Court's April 7, 2004 order denying his motion for postconviction relief. Pursuant to Supreme Court Rule 6, a timely notice of appeal should have been filed on or before May 7, 2004.[1]

(2)   On May 13, 2004, the Clerk issued a notice pursuant to Supreme Court Rule 29(b) directing the appellant to show cause why the appeal should not be dismissed as untimely filed. The appellant filed his response to the notice to show cause on June 1, 2004. The Clerk then directed the State to file an answer.

---

[1] The notice of appeal bears the date of May 5, 2004.

Ex. B

rule mandating the timely filing of a notice of appeal. Thus, the Court concludes that the within appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, pursuant to Supreme Court Rules 6(a) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

_____
Justice