Clerk of the Court

05  571

The $5.00 for the Filing Fee's will be there soon as the prison process the checks.

Walter P. Smith

FILED
AUG - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE