Clerk of the Court

Aug 1 2005

05-571

This is my filing fee of $5.00 for my petition of writ Habeas Corpus; if you haven't received it buy now it should be there very soon. I would also like a receipt to acknowledge my fee was paid.

FILED
AUG -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you
Mr. Walter P. Smith S.



IM Mr. Walter L. Smith
SBI# 00246669 UNIT #S7A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk Office
U.S. District Court
844 King Str.
Wilm, Delaware
19801