Judge Robinson;    05-571 (SLR) Sept / 2005

I'm writing you in reference to my petition under 28 U.S.C. for writ of habeas Corpus; to inform you that I cited the incorrect Super. Ct. Civil Rule.

You will find this flaw "on the back" of page 11; it's Referring to my arguement based on my... Postconviction being timely filed.

I incorrectly put pursuant to Super. Ct. Civ. Rule 59(e) when it should have been pursuant to Super ct. Civ Rule 6(A); please take note of this in your ruling.

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank You,

Mr. Walter L. Smill



U.S.M.S. X-RAY

WILMINGTON DE 198
PM 02 SEP 2005

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

I/M Mr. Walter L. Smith
SBI# 246637   UNIT B-L-5 #21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail