

DE R SUPER CT RCP Rule 6
Superior Court **Rules** of Civil Procedure, **Rule 6**

Page 1

**C**

**WEST'S DELAWARE RULES OF COURT**
**SUPERIOR COURT RULES OF CIVIL PROCEDURE**
**II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS AND ORDERS; DEPOSIT AND SECURITY FOR COSTS**

Copr. © 2005 Thomson/West. All rights reserved.

Current with amendments received through 8/1/2005



RULE 6. TIME

(a) **Computation.** In computing any period of time prescribed or allowed by these Rules, by order of court, or by statute, the day of the act, event or default after which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a Saturday or Sunday, or other legal holiday, or other day on which the office of the Prothonotary is closed, in which event the period shall run until the end of the next day on which the office of the Prothonotary is open. When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and other legal holidays shall be excluded in the computation. As used in this rule, "legal holidays" shall be those days provided by statute or appointed by the Governor or the Chief Justice of the State of Delaware.

(b) **Enlargement.** When by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b), 52(b) [omitted], 59(b), (d) and (e), 60(b), except to the extent and under the conditions stated in them.

(c) **Unaffected by Expiration of Term [Repealed].**

(d) **For Motions--Affidavits.** A written motion, other than one which may be heard ex parte, and notice of the hearing thereof shall be served not later than 2 days before the time specified for the hearing, unless a different period is fixed by these Rules or by order of the Court. Such an order may for cause shown be made on ex parte application. When a motion is supported by affidavit, the affidavit shall be served with the motion; and, except as otherwise provided in Rule 59(c), opposing affidavits may be served not later than 1 day before the hearing, unless the Court permits them to be served at some other time.

(e) **Additional Time After Service by Mail.** Whenever a party has the right to or is required to do some act or take some proceeding within a prescribed period after being served and service is by mail, 3 days shall be added to the prescribed period.

Superior Court CivilRule 6

DE R SUPER CT RCP **Rule 6**

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.