05-571

