05-571



**U.S. Postal Service**™                                   05-571-SLR
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.90 |

Postmark Here

Sent To
WARDEN TOM CARROLL
Street, Apt. No.;
or PO Box No.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
City, State, ZIP+4
SMYRNA, DE 19977

PS Form 3800, June 2002                    See Reverse for Instructions

7002 2030 0003 0326 8888