United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-571 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LOREN MEYERS
   DEPUTY ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
   820 N. FRENCH STREET
   WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

05-571-SLR

A. Signature
X  Kelly U~ S(a    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7002 2030 0003 0326 8895

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540