Oct 15 05

To whom IT may concern:

I would like a docket sheet on the following case number C.A. No. 05-571-SLR; of one Walter L. Smith Sr. involving all proceedings.

FILED
OCT 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you

Mr. Walter P. Smith





Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

I/M Mr. Walter L. Smith
SBI# 246637   UNIT BLS #21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. MAIL
X-RAY