**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005, I electronically filed an answer to a habeas petition with the Clerk of Court using CM/ECF. I also hereby certify that on December 2, 2005, I have mailed by United States Service, two copies of the same document to the following non-registered participant:

    Walter L. Smith.
    SBI No. 246639
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us