IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WALTER L. SMITH,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-571-SLR |
| | : | |
| **THOMAS CARROLL**, Warden and **M. JANE BRADY**, Attorney General for the State of Delaware, | : : : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following of the Delaware Supreme Court documents:

    a. Opening Brief & Appendix (No. 271, 2002)

    b. State's Answering Brief & Appendix (No. 271, 2002)

    c. Order (December 23, 2003) (No. 271, 2002)

    d. Order (August 13, 2004) (No. 202, 2004).

2. Respondents also file herewith a certified copy of the Delaware Superior Court Criminal Docket in ID No. 0105019765.

    /s/ Elizabeth R. McFarlan  
    Deputy Attorney General  
    Department of Justice  
    820 N. French Street  
    Wilmington, DE 19801  
    (302) 577-8500  
    Del. Bar. ID No. 3759  
    elizabeth.mcfarlan@state.de.us

December 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 2, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

> Walter L. Smith
> SBI No. 246639
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 3759
> elizabeth.mcfarlan@state.de.us