IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER L. SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 05-571-SLR |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and Carl C. | ) |
| DANBERG, Attorney | ) |
| General for the State | ) |
| of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington, this 31st day of July, 2006, consistent with the Memorandum Opinion issued this same date; IT IS HEREBY ORDERED that:

1. Petitioner Walter L. Smith's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE