May 8 2006

To whom it may concern:

I would like to request a docket from my proceedings in this court. Under Civil Action Number 05-571-SLR

Thank you
Mr. Walter P. Smith



BD Scanned

I/M Mr. Walter L. Smith Sr.
SBI# 246639    UNIT C-V-9 #22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"LEGAL MAIL"

OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware
19801-3570