United State Third Circuit
Court of Appeals

Petitioner
  Walter L. Smith

V.                                                    Civ. No.
                                                      05-571-SLR
Respondent
      District Court of
  Delaware, / Attorney
  General State of Delaware



Petitioner's Appendix To Opening Brief
and IN support of Certificate of Appealability.

HABEAS, PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00571-SLR
### Internal Use Only

Smith v. Carroll et al  
Assigned to: Honorable Sue L. Robinson  
Case in other court: Superior Court/DE, 0105019765-R1  
                            Supreme Court/DE, 202,2004  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/05/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Walter L. Smith**        represented by    **Walter L. Smith**  
                                                           SBI# 246639  
                                                           Delaware Correctional Center  
                                                           1181 Paddock Road  
                                                           Smyrna, DE 19977  
                                                           PRO SE

V.

**Respondent**

**Warden Thomas Carroll**      represented by    **Elizabeth Roberts McFarlan**  
                                                           Department of Justice  
                                                           820 N. French St.  
                                                           Wilmington, DE 19801  
                                                           (302) 577-8400  
                                                           Email: elizabeth.mcfarlan@state.de.us  
                                                           *LEAD ATTORNEY*  
                                                           *ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of State of Delaware**    represented by    **Elizabeth Roberts McFarlan**  
                                                           (See above for address)  
                                                           *LEAD ATTORNEY*  
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2005 | 1 | PETITION for Writ of Habeas Corpus - filed by Walter L. Smith. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(els, ) (Entered: 08/08/2005) |
| 08/05/2005 | 2 | Letter to Clerk of the Court from Walter L. Smith regarding Re: filing fee re 1 Petition for Writ of Habeas Corpus. (els, ) (Entered: 08/08/2005) |

| 08/08/2005 | 3 | Letter to Clerk of the Court from Walter L. Smith w/Filing Fee. (dab. ) (Entered: 08/10/2005) |
| --- | --- | --- |
| 08/08/2005 |  | Filing fee: $ 5.00, receipt number 140259 (dab, ) (Entered: 08/10/2005) |
| 08/17/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 08/17/2005) |
| 08/26/2005 | 4 | ORDER notifying petitioner that AEDPA applies to petition and petitioner must file attached election form with the court. (Copy to pet. with Mag. Consent Form & AEDPA Form) Notice of Compliance deadline set for 10/5/2005.. Signed by Judge Sue L. Robinson on 8/24/05. (fmt, ) (Entered: 08/26/2005) |
| 08/30/2005 | 5 | AEDPA Election Form filed by petitioner and requesting to rule on 2254 as currently pending. (fmt, ) (Entered: 08/30/2005) |
| 09/02/2005 | 6 | ORDER, Clerk shall serve by certified mail a copy of the petition (D.I. 1), the order dated 8/24/05 (D.I. 4),the AEDPA election form (D.I. 5) and this order upon the Warden and the Attorney General. Within 45 days of receipt, respondents shall respond as directed. (Copy to petitioner, Warden & AG). Signed by Judge Sue L. Robinson on 9/1/05. (fmt. ) (Entered: 09/06/2005) |
| 09/06/2005 |  | Exit copies of D.I. Nos. 1, 4, 5, 6 and Mag. Consent Forms to Warden Thomas Carroll and Loren Meyers, Esq via certified mail (fmt, ) (Entered: 09/06/2005) |
| 09/06/2005 | 7 | Letter to Judge Robinson from Walter Smith regarding petition; asking to correct his citation on the back of page 11 from Del. Super. Ct. Civ. R. 59 (e) to Del. Super. Ct. Civ. R. 6(a). (fmt, ) Additional attachment(s) added on 9/7/2005 (fmt, ). (Entered: 09/07/2005) |
| 09/07/2005 | 8 | Postal Receipt(s) for the mailing of process to Thomas Carroll, Attorney General of State of Delaware (Attachments: # 1 Mail Receipt - Thomas Carroll)(fmt, ) (Entered: 09/07/2005) |
| 09/09/2005 | 9 | Return of Service Executed as to Warden Tom Carroll, signed by Beatrice Oney 8/8/05 (fmt, ) (Entered: 09/12/2005) |
| 09/12/2005 | 10 | Return of Service Executed Attorney General of State of Delaware served on 9/9/2005. answer due 10/24/2005. (fmt, ) (Entered: 09/13/2005) |
| 10/18/2005 | 11 | Letter from Walter Smith requesting a docket sheet. (fmt, ) (Entered: 10/19/2005) |
| 10/20/2005 | 12 | Letter to Walter L. Smith from Clerk regarding 11 Letter requesting copy of docket; enclosing copy of docket sheet (fmt, ) (Entered: 10/20/2005) |
| 10/20/2005 | 13 | First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus - filed by Thomas Carroll, Attorney General of State of Delaware. (Attachments: # 1 Text of Proposed Order # 2 |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Certificate of Compliance Rule 7.1.1)(McFarlan, Elizabeth) (Entered: 10/20/2005)                                                                                                                                                                                                                                                                                                                                                                                      |
| 10/21/2005 |      | SO ORDERED, re 13 First MOTION for Extension of Time to File Answer re 1 Petition for Writ of Habeas Corpus filed by Attorney General of State of Delaware., Thomas Carroll.. Set/Reset Answer Deadlines: Thomas Carroll answer due 12/2/2005; Attorney General of State of Delaware answer due 12/2/2005. Signed by Judge Sue L. Robinson on 10/20/05. (rld, ) (Entered: 10/21/2005)                                                                                 |
| 10/24/2005 | 14   | SEALED MEMORANDUM of Law in Support re 1 Petition for Writ of Habeas Corpus filed by Walter L. Smith. (fmt, ) (Entered: 10/26/2005)                                                                                                                                                                                                                                                                                                                                   |
| 12/02/2005 | 15   | RESPONSE to Petition for Writ of Habeas Corpus by Thomas Carroll, Attorney General of State of Delaware. (Attachments: # 1 Exhibit Gibbs v. Carroll# 2 Exhibit Samuel v. Carroll# 3 Exhibit Morales v. Carroll# 4 Exhibit Eley v. Snyder# 5 Exhibit Thomas v. Snyder# 6 Exhibit Wilmer v. Carroll# 7 Exhibit Simpson v. Snyder# 8 Exhibit Coverdale v. Carroll# 9 Exhibit Kirby v. Delaware Via Detainer# 10 Exhibit Elliott v. Kearney# 11 Exhibit Bright v. State# 12 Certificate of Compliance Service) (McFarlan, Elizabeth) (Entered: 12/02/2005) |
| 12/02/2005 | 16   | NOTICE of filing the following document(s) in paper format: State Court Records. Original document(s) on file in Clerk's Office. Notice filed by Elizabeth Roberts McFarlan on behalf of Thomas Carroll, Attorney General of State of Delaware (McFarlan, Elizabeth) (Entered: 12/02/2005)                                                                                                                                                                             |
| 12/02/2005 | 17   | STATE COURT RECORD filed by Thomas Carroll, Attorney General of State of Delaware. (Record on file in Clerk's Office) (fmt, ) (Entered: 12/02/2005)                                                                                                                                                                                                                                                                                                                   |
| 12/30/2005 | 18   | MOTION to Conduct Evidentiary Hearing, MOTION to Appoint Counsel - filed by Walter L. Smith. (fmt, ) (Entered: 01/05/2006)                                                                                                                                                                                                                                                                                                                                             |
| 02/24/2006 |      | ***Set Paper Documents Flag (rbe, ) (Entered: 02/24/2006)                                                                                                                                                                                                                                                                                                                                                                                                             |
| 02/27/2006 | 19   | ORDER denying without prejudice to renew 18 Motion for Hearing, denying without prejudice to renew 18 Motion to Appoint Counsel . Signed by Judge Sue L. Robinson on 2/24/06. (fmt, ) (Entered: 02/27/2006)                                                                                                                                                                                                                                                           |
| 07/31/2006 | 20   | MEMORANDUM OPINION. Signed by Judge Sue L. Robinson on 7/31/06. (rld, ) (Entered: 07/31/2006)                                                                                                                                                                                                                                                                                                                                                                         |
| 07/31/2006 | 21   | ORDER denying 1 Petition for Writ of Habeas Corpus filed by Walter L. Smith, court declines to issue a certificate of appealability; ***Civil Case Terminated. Signed by Judge Sue L. Robinson on 7/31/06. (rld, ) (Entered: 07/31/2006)                                                                                                                                                                                                                              |
| 08/14/2006 | 22   | Letter from Walter Smith requesting copy of docket sheet. (fmt, ) (Entered: 08/15/2006)                                                                                                                                                                                                                                                                                                                                                                               |
| 08/14/2006 | 23   | MOTION for Reconsideration re 20 Memorandum Opinion, 21 Order                                                                                                                                                                                                                                                                                                                                                                                                         |

|  |  | and to Alter or Amend the Judgment - filed by Walter L. Smith. (fmt, ) (Entered: 08/15/2006) |
| --- | --- | --- |
| 08/14/2006 |  | ***Case Reopened (fmt, ) (Entered: 08/15/2006) |