Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District OF Delaware |
|---|---|
| Name (under which you were convicted): Walter L. Smith | Docket or Case No.: |
| Place of Confinement: Delaware Correctional Center | Prisoner No.: 246639 |
| Petitioner (include the name under which you were convicted) Walter L. Smith | v. Respondent (authorized person having custody of petitioner) Thomas Carroll, Warden |
| The Attorney General of the State of Delaware, M. Jane Brady | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Sussex County Superior Court, The Circle, P.O. Box 746, Georgetown, Delaware 19947
   (b) Criminal docket or case number (if you know): Case No. 0105019765-RI
2. (a) Date of the judgment of conviction (if you know): March 15, 2002
   (b) Date of sentencing: May 10, 2002
3. Length of sentence: 47 years
4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐
5. Identify all crimes of which you were convicted and sentenced in this case: Attempt rape First degree; Assault First degree; Burglary First degree and wearing a disguise.

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐        (4) Insanity plea ☐
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

page 2

Page 3

_____N/A_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)
   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: __Delaware Supreme Court__
   (b) Docket or case number (if you know): __No. 271, 2002__
   (c) Result: __denied__
   (d) Date of result (if you know): __December 23, 2002__
   (e) Citation to the case (if you know): __813 A.2d 1141; 2002 Del. Lexis 773__
   (f) Grounds raised: __1. The trial judge committed reversible error by striking the testimony of Police Officer Harold__
   ✱ __Barber because his testimony was properly offered under the evidentiary doctrine of "Opening the Door" And 2. the trial judge erred by failing to instruct the jury on lesser included offenses of Second and third degree— Assault.__
   (g) Did you seek further review by a higher state court?   Yes ☐   No ☒

   If yes, answer the following:
   (1) Name of court: __N/A__
   (2) Docket or case number (if you know): __N/A__
   (3) Result: __N/A__
   _____N/A_____
   (4) Date of result (if you know): __N/A__
   (5) Citation to the case (if you know): __N/A__
   (6) Grounds raised: __N/A__
   _____N/A_____
   _____N/A_____

   (h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
   If yes, answer the following:
   (1) Docket or case number (if you know): __N/A__

✱ (See Grounds Three And Four)

Page 3

Page 4

(2) Result: _____ N/A

(3) Date of result (if you know): _____ N/A
(4) Citation to the case (if you know): _____ N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ❑   No ❑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____ N/A
        (2) Docket or case number (if you know): _____ N/A
        (3) Date of filing (if you know): _____ N/A
        (4) Nature of the proceeding: _____ N/A
        (5) Grounds raised: _____

        _____ N/A

        _____

        _____

        _____

        _____

        _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ❑   No ❑
        (7) Result: _____ N/A
        (8) Date of result (if you know): _____ N/A
    (b) If you filed any second petition, application, or motion, give the same information:
        (1) Name of court: _____ N/A
        (2) Docket or case number (if you know): _____ N/A
        (3) Date of filing (if you know): _____ N/A
        (4) Nature of the proceeding: _____ N/A
        (5) Grounds raised: _____ N/A

PAGE 4

Page 7

Docket or case number (if you know): 0105019265-R1

Date of the court's decision: April 7, 2004

Result (attach a copy of the court's opinion or order, if available): Grounds One & two were procedurally barred and all other claims were denied. (See reverse side of this page for discussion on claims procedurally barred). The Superior Court's decision is attached hereto.

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Delaware Supreme Court

Docket or case number (if you know): No. 202, 2004

Date of the court's decision: August 13, 2004

Result (attach a copy of the court's opinion or order, if available): Appeal denied for failure to file timely notice of appeal. (See reverse side of page 10 for discussion on default of appeal). The Supreme Court's decision is attached hereto.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

GROUND TWO: Ineffective Assistance of Counsel for failure to properly investigate and failure to object to State's use of race as a basis for peremptory challenge in violation of 6th and 14th Amendment rights. The ineffective claim cover Ground One for failure to object.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Trial counsel failure to properly investigate prior to trial prejudice petitioner's entire defense theory that there were two other persons involved with crime and other person perpetrated sexual assault on victim which evidence could have supported one of the lesser included offenses of all crimes and instruction thereto that were rejected for burglary and assault in lesser degrees. 2). Counsel failed to investigate the sworn averments in Officer Barber's report about sexual penetration of victim prior to interviewing victim who did not speak English. To cover up his fraudulent intents, the nurse Tracie Roberts who examine victim at hospital claim that victim gave an account of incident through an interpreter in which Officer Barber try to claim was the basis of his

Page 7    (Continue next page)

False reporting of rape incident to the public was that of Officer Barber's. The victim's trial testimony contradicted the accounts of Officer Barber and Nurse Roberts. Both Officer Barber and Nurse Roberts were State's primary witnesses to prove essential elements of crime of rape and assault. Attacking their credibility on cross-examination were crucial. Thus the unknown Interpreter whom Nurse Roberts claim interpret victim's story to her was never identified. ( continue at bottom of this page below * ).

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Due to ineffective assistance of counsel.

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Postconviction pursuant to Rule 61.
Name and location of the court where the motion or petition was filed: Sussex County Superior Court, Georgetown, Delaware
Docket or case number (if you know): 0105019765 - R1
Date of the court's decision: April 7, 2004
Result (attach a copy of the court's opinion or order, if available): Grounds one & two were procedurally barred and all other claims were denied. ( See reverse side of page 7 for discussion on claims procedurally barred ). The Superior Court's decision is attached hereto.

(3) Did you receive a hearing on your motion or petition?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?
Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Delaware Supreme Court.

* This Interpreter (if ever existed) could have provided powerful impeachment evidence of State's witnesses and victim whom credibility was in doubt. 3). Counsel failed to object to State's securing an all white jury by striking only black person left on the panel. The prosecution used two of its peremptory challenges, one against black juror and one against elderly juror who required to be removed for cause due to age. (See Petitioner's Postconviction Memorandum of Law In Support hereto Exhibit-A ).    page 8

Docket or case number (if you know): No. 202, 2004

Date of the court's decision: August 13, 2004

Result (attach a copy of the court's opinion or order, if available): Appeal denied for failure to file timely Notice of Appeal. (See reverse side of page 10 for discussion on default of appeal). The Supreme Court's decision is attached hereto.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ___

GROUND THREE: The trial court abused its discretion for failure to instruct jury on lesser included offenses of assault & burglary in second and third degree in violation of 14th Amendment to due process of law.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Contrary to Delaware Supreme Court's unreasonable ruling, regardless of what the elements of burglary and assault in the first degrees require as proof that these crimes were committed, however under Delaware Law 11 Del.C. § 271 and 274 for accomplice liability whenever there is rational basis in the evidence of co-conspirators participation each perpetrator must be held   (Continue at bottom of this page below *).

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

(c) Direct Appeal of Ground Three:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐ (See Petitioner's Direct Appeal Brief & Appendix)
(2) If you did not raise this issue in your direct appeal, explain why: N/A

* Accountable for their individual role in crime as determined by the jury. At trial the petitioner testified that the purpose to commit burglary was to commit crime of theft, not rape (the intended crime in the burglary count), and while in the furtherance of underlying crimes his co-conspirator caused the serious physical injuries to the victim as alleged in the assault count. Under these circumstances it was abuse of discretion for trial court not to give lesser included offense instructions of second degree burglary and second and third degree assault.   Pg. 9

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❏   No ❏    N/A

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: __ N/A. __

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): __ N/A __

(3) Did you receive a hearing on your motion or petition?
   Yes ❏   No ❏    N/A

(4) Did you appeal from the denial of your motion or petition?
   Yes ❏   No ❏    N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ❏   No ❏    N/A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __ N/A __

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): __ N/A __

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: __ N/A __

Page 11

GROUND FOUR: The trial court abused its discretion by striking relevant testimony of Police Officer violated Petitioner's right to due process of the 14th Amendment and 6th Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As alleged in Ground Two above there is evidence that Officer Barber made false statements in police reports that victim was actually penetrated sexually by perpetrator of crime prior to ever interviewing victim. In an attempt to cover up Officer Barber's fraudulent intent and to save the case from being dismissed, the Nurse Tracie Roberts falsely claim that victim, who do not speak english, gave an account of the incident through an Interpreter which officer Barber rely (Continue at bottom of this page below *).

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐ (See Petitioner's Direct Appeal Brief & Appendix).
(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  Yes ☐ No ☑
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: N/A
Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?  N/A
Yes ☐  No ☐
(4) Did you appeal from the denial of your motion or petition?  N/A
Yes ☐  No ☐

---

* on for the basis of his report. The Interpreter was never identified. When petitioner's trial counsel attempted to question officer Barber about the improprieties of his conduct, the trial judge impermissibly interrupted and prevented any further cross-examination on this issue which was the proper subject of Del. Rule of Evid. 401, 402 and 403 for impeachment purposes of all State's witnesses and the victim who account of crime was very questionable.

Page 11

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐    N/A

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __N/A__

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: __N/A__

13. Please answer these additional questions about the petition you are filing:
    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☒ No ☐
    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: __N/A__

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A__

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. __N/A__

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: __don't know or No preliminary was held.__
   (b) At arraignment and plea: __don't know__
   (c) At trial: __Karl Haller Assistant Public Defender, Office of The Public Defender 14 The Circle, Georgetown, Del.__
   (d) At sentencing: __Same__
   (e) On appeal: __Same__
   (f) In any post-conviction proceeding: __pro se__
   (g) On appeal from any ruling against you in a post-conviction proceeding: __pro se__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____ N/A _____

(b) Give the date the other sentence was imposed: _____ N/A _____

(c) Give the length of the other sentence: _____ N/A _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐   No ☐        N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____ N/A _____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

PAGE 14

Page 15

Therefore, petitioner asks that the Court grant the following relief: <u>Rule that there were no procedural default of the Batson & Insufficient Evidence Claims and no default of the Notice of Appeal. Grant Evidentiary hearing of the Batson Claim</u> or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 16

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____ N/A _____

_____

IN FORMA PAUPERIS DECLARATION

_____ N/A _____

[Insert appropriate court]

* * * * *

Pre-paid Filing Fees.

PAGe 16