# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Walter Smith    SBI#: 246639

FROM: Stacy Shane, Support Services Secretary

05-571

RE: **6 Months Account Statement**

DATE: 8/24/06

Attached are copies of your inmate account statement for the months of Feb 2006 to July 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | $109.38 |
| Mar | $92.39 |
| Apr. | $90.35 |
| May | $121.65 |
| June | $102.97 |
| July | $49.62 |

Average daily balances/6 months: $94.12

Attachments
CC: File

Melissa McNatt
8/24/06

[signature] 8/24/06

# Individual Statement

Date Printed: 8/23/2006

## For Month of February 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00246639 | Smith | Walter | | | $100.42 |

Current Location: 22   Comments: QOL4M

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/6/2006 | $30.00 | $0.00 | $0.00 | $130.42 | 218901 | 08396127405 | | S HACKETT |
| Canteen | 2/14/2006 | ($28.95) | $0.00 | $0.00 | $101.47 | 222359 | | | |
| Canteen | 2/28/2006 | ($4.92) | $0.00 | $0.00 | $96.55 | 228116 | | | |

Ending Mth Balance: $96.55

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.16)

# Individual Statement

Date Printed: 8/23/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $96.55 |
|---|---|---|---|---|---|---|
| 00246639 | Smith | Walter | | | | |

Current Location: 22    Comments: QOL4M

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 3/9/2006 | $0.00 | ($4.00) | $0.00 | $96.55 | 232878 | | | |
| Medical | 3/9/2006 | ($4.00) | $0.00 | $0.00 | $92.55 | 233520 | | 2/21/06 | |
| Canteen | 3/15/2006 | ($1.49) | $0.00 | $0.00 | $91.06 | 236967 | | 2/21/06 | |
| Canteen | 3/28/2006 | ($2.89) | $0.00 | $0.00 | $88.17 | 241617 | | | |

Ending Mth Balance: $88.17

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.16)

# Individual Statement

Date Printed: 8/23/2006

Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $88.17 |
|---|---|---|---|---|---|---|
| 00246639 | Smith | Walter | | | | |

Current Location: 22    Comments: QOL4M

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/11/2006 | ($8.09) | $0.00 | $0.00 | $80.08 | 247744 | | | |
| Mail | 4/17/2006 | $17.00 | $0.00 | $0.00 | $97.08 | 250073 | 9869253017 | | R SMITH |
| Canteen | 4/25/2006 | ($16.80) | $0.00 | $0.00 | $80.28 | 254482 | | | |
| Mail | 4/28/2006 | $30.00 | $0.00 | $0.00 | $110.28 | 256545 | 0535500792 | | T. JOHNSON |

Ending Mth Balance: $110.28

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($5.16)

# Individual Statement

Date Printed: 8/23/2006

Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $110.28 |
|---|---|---|---|---|---|---|
| 00246639 | Smith | Walter | | | | |

Current Location: 22    Comments: QOL4M

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/5/2006 | $25.00 | $0.00 | $0.00 | $135.28 | 260102 | 08229072306 | | C. HOPKINS |
| Canteen | 5/9/2006 | ($27.25) | $0.00 | $0.00 | $108.03 | 260803 | | | |
| Mail | 5/19/2006 | $25.00 | $0.00 | $0.00 | $133.03 | 265863 | 08506850178 | | T. LAFATE |
| Canteen | 5/23/2006 | ($29.53) | $0.00 | $0.00 | $103.50 | 266559 | | | |
| Mail | 5/25/2006 | $35.00 | $0.00 | $0.00 | $138.50 | 268505 | 4792436258 | | A. REDDEN |

Ending Mth Balance: $138.50

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.16)

# Individual Statement

Date Printed: 8/23/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $138.50 |
|---|---|---|---|---|---|---|
| 00246639 | Smith | Walter | | | | |
| Current Location: | 22 | | Comments: | QQL4M | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/6/2006 | ($23.18) | $0.00 | $0.00 | $115.32 | 275259 | | | |
| Mail | 6/8/2006 | $20.00 | $0.00 | $0.00 | $135.32 | 276991 | 4827805065 | | R. KINDLE |
| Pay-To | 6/16/2006 | ($60.00) | $0.00 | $0.00 | $75.32 | 280609 | | PATRICIA MILLER | |
| Canteen | 6/20/2006 | ($8.30) | $0.00 | $0.00 | $67.02 | 281209 | | | |
| Mail | 6/28/2006 | $15.00 | $0.00 | $0.00 | $82.02 | 284903 | 4820731581 | | A. REDDEN |

Ending Mth Balance: $82.02

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.16)

# Individual Statement

Date Printed: 8/23/2006

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $82.02 |
|---|---|---|---|---|---|---|
| 00246639 | Smith | Walter | | | | |
| Current Location: | 22 | | Comments: | QOL4M | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2006 | ($24.90) | $0.00 | $0.00 | $57.12 | 286992 | | | |
| Canteen | 7/19/2006 | ($19.79) | $0.00 | $0.00 | $37.33 | 293382 | | | |
| Canteen | 7/26/2006 | ($12.45) | $0.00 | $0.00 | $24.88 | 297264 | | | |

Ending Mth Balance: $24.88

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.16)