DLD-221                                                                                           May 3, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-4067**

WALTER L. SMITH

v.

WARDEN THOMAS CARROLL; ET AL.

(D. DEL. CIV. NO. 05-cv-00571)

Present:     BARRY, AMBRO and FISHER, Circuit Judges

Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above captioned case.

> Respectfully,
>
> Clerk

MMW/SRF/cmd

_____ **O R D E R** _____

The request for a certificate of appealability is denied. Jurists of reason could not debate that the district court properly dismissed appellant's 28 U.S.C. § 2254 habeas petition as untimely filed. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also United States v. Duffus, 174 F.3d 333, 335 (3d Cir. 1999). Further, statutory tolling cannot save appellant's petition from dismissal, and appellant made no showing with regard to equitable tolling. See Jones v. Morton, 195 F.3d 153, 160 (3d Cir. 1999).

> By the Court,
>
> /s/ Thomas L. Ambro, Circuit Judge

Dated: May 17, 2007
CMD/cc: Walter Smith
          Elizabeth McFarlan, Esq.



A True Copy:

Marcia M. Waldron, Clerk