UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

June 1, 2007

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Smith v. Carroll et al
Civil Action No. 05-571 SLR
USCA No. 06-4067

Dear Ms. Waldron:

On May 30, 2007, this court received an **original** Motion for Rehearing.  We are forwarding the Motion to you as it is unclear if the filing received in the United States District court was a courtesy copy, or if the document was filed with this office in error.

This document is being forwarded solely to protect the litigant's right for motion.  Upon receipt of the Motion, kindly process it according to your court's normal procedures.  If your office has already received the same document, please disregard the enclosed to prevent duplication.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,


 /s/ Elizabeth Strickler
Deputy Clerk

Enclosures            Sign here  _____

cc: _____